198 So. 713
### Mitchell WALLACE v. STATE.
### 8 Div. 71.

Supreme Court of Alabama.
Oct. 10, 1940.

Rehearing Denied Nov. 22, 1940.

R. B. Patton and D. U. Patton, both of Athens, for petitioner.

Thos. S. Lawson, Atty. Gen., and John W. Vardaman, Asst. Atty. Gen., opposed.

BOULDIN, Justice.

Petition of Mitchell Wallace for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Wallace v. State, 29 Ala.App. 491, 198 So. 711.

Writ denied.

GARDNER, C. J., and FOSTER and LIVINGSTON, JJ., concur.